UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA EX REL.     C.A. NO.: 16-cv-1-BAJ-RLB
BRUNO, ET AL.

V.

BRAD SCHAEFFER, ET AL

## JOINT STATUS REPORT

This Joint Status Report is submitted by the parties pursuant to the Court's Order of April 24, 2020. (Doc. 135). In its Order granting the Defendants' request for a stay of these proceedings, the Court ordered that "the parties shall file a Joint Status Report, under seal if necessary, providing any update as to the status of these issues discussed in this Order, at which time the Court will address whether a continuation of the stay is warranted." (Doc. 135, p. 8).

**Relators' Position on the Stay:**

The Court stayed this case on April 24, 2020, due to the U.S. Department of Justice's criminal investigation of Defendants. Doc. 135. That criminal investigation is still ongoing. When the stay was entered, the pace of this case had already been significantly delayed due to Defendants' motions to dismiss and their motions for protective orders. Therefore, before the stay was entered Relators requested that the Court exclude from the scope of any stay order certain discovery which was already pending, particularly since

21649123_1

the caselaw showed that Defendants were not entitled to a stay because of the criminal investigation. Relators observed that not allowing some discovery would result in substantial time being wasted. As of today, the discovery process is still far from complete and three months have been lost in moving this case forward. The longevity of the COVID-19 pandemic and related orders postponing grand jury proceedings have only exacerbated Relators' concerns about the pace of this case and the length of the stay.

When the stay was entered, Relators asked the Court to allow the following discovery to proceed: (1) production of laboratory requests/requisition forms for August 1, 2012 through October 16, 2017 from Defendant MedComp; (2) review and copying of laboratory requests/requisition forms made available by Defendant Quantum; and (3) outstanding subpoenas to certain third parties. Doc. 135 at 7. The Court denied that request. *Id.* at 8. Because the criminal investigation does not appear close to resolution, Relators request that the Court allow the parties to continue moving forward with written discovery and to order that the parties continue working together to resolve as many outstanding discovery issues as possible without the Court's intervention.

The past several months have shown that working through the outstanding written discovery issues can be safely and efficiently accomplished through teleconferences or Zoom video conferences. Moreover, resuming some written discovery is an efficient use of counsel's time and is a judicially efficient way to reduce the number of discovery disputes that may later require the need to file motions to compel with the Court. Any

written discovery issues that cannot be resolved can be addressed in motions after the stay is lifted.

**Defendants' Status Update and Position on the Stay:**

The Defendants provide the following information regarding the status of this matter. The Defendants will brief any issues related to the stay or discovery at the Court's request.

Shortly after the issuance of the Court's Order, the Governor of Louisiana, on March 11, 2020, declared a state of emergency and the President of the United States, on March 13, 2020, declared a National Emergency. On March 16, 2020, this Court issued Administrative Order 2020-1 that, among other things, postponed all grand jury proceedings "until further order of this Court." (AO 2020-1: Court Operations Curtailed During COVID-19 Outbreak, ¶ 3). The suspension of grand jury proceedings remains in effect with limited exceptions. In its Amended Administrative Order issued on June 30, 2020, the Court ordered that "Grand Jury proceedings may be resumed for matters which present exigent circumstances or deemed essential for public safety, subject to approval of the Chief Judge." (AO 2020-8: Superseding Previous Pandemic Related Orders).

In anticipation of the filing of this Joint Status Report, counsel for Javid Janani, Lisa Janani and Quantum Laboratories, LLC, exchanged e-mails on July 9, 2020, with Justin M. Woodard, Trial Attorney, U.S. Department of Justice's Criminal Division

21649123_1

regarding the status of the criminal investigation that prompted the Defendants to file their motions to stay these proceedings. (Doc. 106, Doc. 113).  Counsel for the Jananis and Quantum were informed by Mr. Woodard that "the criminal investigation is ongoing" and the status of the Jananis and Quantum as "subjects" of that investigation had not changed. Counsel for Brad Schaeffer; Medcomp Laboratory Sciences, LLC; Medcomp Sciences, LLC; Alpha Labs, LLC; Beta Lab, LLC; Gamma Lab, LLC; and, Sigma Labs, LLC received the same information from Mr. Woodard regarding their clients' status in the criminal investigation.

In light of the above, and for the reasons stated in their motions to stay, the Defendants maintain their position that this matter should be and remain stayed until resolution of the pending criminal investigation.  The Defendants do not believe they should be penalized because the criminal investigation was stalled as a result of the pandemic and the subsequent closure orders.

Respectfully submitted:

/s/Bradley C. Myers
Bradley C. Myers (#1499)
Linda G. Rodrigue (#20599)
Kean Miller LLP
Post Office Box 3513 (70821)
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana 70802
***Attorneys for Javid Janani, Lisa Janani and Quantum Laboratories LLC***

21649123_1

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000

*/s/ Carroll Devillier*
Carroll Devillier, Jr. (LA Bar Roll No. 30477)
Jerry L. "Jay" Stovall, Jr. (LA Bar Roll No. 23318)
Clay Countryman (LA Bar Roll No. 23007)
Danielle Borel (LA Bar No. 35669)
danielle.borel@bswllp.com
Rebecca Helveston (LA Bar No. 35331)

***Attorneys for Brad Schaeffer; Medcomp Laboratory Sciences, LLC; Medcomp Sciences, LLC; Alpha Labs, LLC; Beta Lab, LLC; Gamma Lab, LLC; and, Sigma Labs, LLC***

*/s/Michael Reese Davis*
L.J. Hymel (LBN 7137)
Michael Reese Davis (LBN 17529)
Tim P. Hartdegen (LBN 27496)
HYMEL DAVIS & PETERSEN, L.L.C.
10602 Coursey Blvd.
Baton Rouge, Louisiana 70816
Phone: (225) 298-8118
Fax: (225) 298-8119

And

*/s/ Kathleen E. Petersen*
Kathleen E. Petersen (LSBN 20324)
Law Office of Kathleen E. Petersen, L.L.C.
16175 Feliciana Avenue
Prairieville, LA 70769
Phone: 225-933-7452
E-mail: kathleen@kpetersenlaw.com

***Counsel for Plaintiffs-Relators***

21649123_1