UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ALBERT BRUNO AND ALEX STRAHAN | CIVIL ACTION |
| VERSUS | |
| BRAD SCHAEFFER, ET AL. | NO. 16-00001-BAJ-RLB |

### ORDER

In this *qui tam* action, Relators allege Defendants engaged in a Medicare and Medicaid fraud scheme between 2012 and 2016. (Doc. 1). The United States declined to intervene in October 2017. (Doc. 14). In early 2020, Defendants moved to stay the case—then at the discovery stage—pending the resolution of a criminal investigation by the United States into the "exact same conduct" as that alleged by Plaintiffs. (Doc. 106 at 1). The case has been stayed since April 24, 2020. (*See* Doc. 135). On November 30, 2023, Defendant Brad Schaeffer was indicted in this Court for, among other charges, conspiracy to commit health care fraud "[b]eginning in or around January 2013, and continuing through in or around August 2022," ECF No. 1 ¶ 20, Crim. Action No. 3:23-cr-00101-SDD,—a timeframe encompassing the violations alleged by Plaintiffs here.

At a December 5, 2023 status conference, with no objection from the parties, the Court indicated that it would administratively close this action pending resolution of the criminal case against Defendant Schaeffer. (Doc. 141). Where a suit

is stayed during the pendency of another proceeding or process, an administrative closure is appropriate. *See Mire v. Full Spectrum Lending Inc.*, 389 F.3d 163, 167 (5th Cir. 2004). An administrative closure is "a postponement of proceedings," rather than "a termination." *S. La. Cement, Inc. v. Van Aalst Bulk Handling, B.V.*, 383 F.3d 297, 302 (5th Cir. 2004). A case that is administratively closed "may be reopened upon request of the parties or on the court's own motion." *Mire*, 389 F.3d at 167.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **ADMINISTRATIVELY CLOSED** pending resolution of the criminal proceedings against Defendant Schaeffer. Plaintiffs shall move to reopen this case within 60 days of the resolution, not including appeal, of those proceedings.

Baton Rouge, Louisiana, this 6th day of December, 2023

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA